## Commonwealth ex rel. Sharp, Appellant, v. Banmiller.

Argued April 20, 1959. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and McBRIDE, JJ.

*Paul N. Gardner,* for appellant.

*Charles L. Durham,* Assistant District Attorney, with him *Juanita Kidd Stout,* Assistant District Attorney, *James N. Lafferty,* First Assistant District Attorney, and *Victor H. Blanc,* District Attorney, for appellee.

OPINION PER CURIAM, May 28, 1959:

The order is affirmed on the opinion for the Superior Court reported at 187 Pa. Superior Ct. 556, 146 A. 2d 68.

Order affirmed.